

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

FELICIA DANIEL, Individually,
And as Executrix of THE ESTATE
OF BOBBY EUGENE DANIEL              PLAINTIFF

v.           CASE NO. 2:15CV116-DPM

BANK OF AMERICA, N.A.,
JOHN DOE and JANE DOE             DEFENDANTS

### BANK OF AMERICA, N.A.'S NOTICE OF REMOVAL

Defendant Bank of America, N.A. ("BANA") appears by and through its attorneys Wright, Lindsey & Jennings LLP and hereby files its Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446(b)(3), based upon diversity jurisdiction under 28 U.S.C. § 1332 and states:

1.     On or about May 26, 2015, Plaintiff filed a Complaint at Law against BANA in Lee County, Arkansas, case number 39-cv-2015-52, related to BANA's alleged failure to satisfy Plaintiff's mortgage lien on real property located at 113 West Elise Avenue, Forrest City, Arkansas 72335.[1]

2.     On June 30, 2015, Plaintiff filed her First Amended Complaint ("FAC"), which "incorporate all allegations of fact and law, and reiterates all prayers for relief previously set forth in her original Complaint."[2]

---

[1] Complaint, attached hereto with other state court filings collectively as Exhibit 1, ¶¶ 8-28.
[2] FAC, attached hereto as Exhibit 1, ¶ 2.

1267560-v1

3. Plaintiffs allege that she is a resident of Lee County, Arkansas.[3]

4. BANA is a national bank with its main office, as set forth in its Articles of Association, in Charlotte, North Carolina.[4] For purposes of determining diversity jurisdiction, a national bank is located in, and thus a citizen of, the state designated in its articles of association as the location of its main office. *Wachovia v. Schmidt,* 546 U.S. 303, 318 (2006). Thus, BANA is a citizen of North Carolina for the purposes of 28 U.S.C. § 1332.

5. Complete diversity exists between Plaintiff and BANA and, as discussed below, the jurisdictional amount in controversy is satisfied.

6. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, orders and other papers filed in the state court action and obtained by BANA are attached hereto and marked as composite **Exhibit 1.**

7. The Summons and the initial Complaint were served upon BANA on June 8, 2015. Plaintiff's case, as initially pled, was not removable because the amount in controversy was not ascertainable from any of the allegations contained in the Complaint. *See* 28 U.S.C. § 1446(b)(3).

8. Prior to BANA filing a responsive pleading, Plaintiff filed her FAC on June 30, 2015. By agreement, Plaintiff served counsel for BANA with the FAC on June 30, 2015. The removal of the FAC is timely.

9. Within 30 days of this removal, Plaintiff provided BANA an

---

[3] Complaint, ¶ 1.
[4] Office of Comptroller of Currency, *National Bank List,* at 2, *available at* http://www.occ.treas.gov/topicillicensing/national-bank-lists/bank-list-national-by-name-v2.pdf

2

unambiguous statement that clearly establishes federal jurisdiction pursuant to 28 U.S.C. § 1446(b)(3).

10. On July 2, 2015, Plaintiff's counsel initiated an email exchange with BANA's counsel in which he identified his damage assessment for this case and conveyed a settlement demand of $700,000.[5]

11. When coupled together with the new allegations set forth in Plaintiff's FAC, this case is properly removable pursuant to 28 U.S.C. §§ 1332 and 1441 because complete diversity of citizenship exists and the amount in controversy exceeds $75,000, exclusive of interest and costs.

12. Plaintiff's state court action may be removed to this Court because it arises under 28 U.S.C. § 1332.

13. Plaintiff is a citizen and resident of Arkansas.[6]

14. BANA is a citizen of North Carolina.

15. The Court disregards the citizenship the Doe defendants for purposes of removal. *See* 28 U.S.C. § 1441(b) ("In determining whether a civil action is removable on the basis of [diversity jurisdiction], the citizenship of defendants sued under fictitious names shall be disregarded.")

16. When a complaint "alleges no specific amount of damages or an amount under the jurisdictional minimum," the removing party must prove by a preponderance of the evidence that the amount in controversy requirement is met.

---

[5] Email from Austin Easley, dated, July 2, 2015, attached hereto as Exhibit 2.
[6] Complaint, ¶ 1.

3

*In re Minn. Mut. Life Ins. Co. Sales Practices Litig.*, 346 F.3d 830, 834 (8th Cir. 2003); *see also James Neff Kramper Family v. IBP, Inc.*, 393 F.3d 828, 831 (8th Cir. 2005). In addition, claims for punitive damages are included in determining the amount in controversy. *Allison v. Security Benefit Life Ins. Co.*, 980 F.2d 1213, 1215 (8th Cir. 1992).

17. Plaintiff's Complaint concerns BANA's alleged failure to apply insurance proceeds in the amount of $73,283.10 to satisfy BANA's mortgage lien on the subject property.[7]

18. Further, in the FAC, Plaintiff alleges that BANA has sent individuals (known as John Doe and Jane Doe) to Plaintiff's property and that these individuals engaged in the following actions: screaming and yelling profanities at the Plaintiff, instructing renters they must vacate the premises, threatening the Plaintiff [sic] renters, and altogether harassing the Plaintiff and her renters.[8] Plaintiff did not specifically set forth these allegations in her initial Complaint.

19. Further, in light of the new allegations set forth in Plaintiff's FAC, Plaintiff's counsel served a $700,000 settlement demand establishing what Plaintiff's counsel contends is the value of this case.

20. The totality of these factors establishes, by a preponderance of the evidence, that the amount in controversy now exceeds $75,000, exclusive of interest and costs.

21. Venue for this removal is proper in the U.S. District Court for the

---

[7] Complaint, ¶¶ 17-21; FAC, ¶ 6.
[8] FAC, ¶¶ 8-9.

4

Eastern District of Arkansas, Eastern Division, because this district and division includes Lee County, Arkansas—the location of the pending state court action.  *See* 28 U.S.C. § 1441(a); 28 U.S.C. 83(a)(1) (stating that the Eastern Division of the Eastern District includes Lee County).  BANA reserves the right to file a motion to transfer this case to another venue if appropriate pursuant to 28 U.S.C. § 1404(a), and does not waive its right to do so.

22. Written Notice of Removal will be provided to Plaintiff and filed with the Circuit Clerk of Lee County, Arkansas.

23. This case is a civil action within the meaning of the Acts of Congress relating to the removal of causes.

24. The action has not been previously removed.

25. Removal at the present time will not result in any prejudice to Plaintiff as the matter is in the initial pleading stage — no discovery has occurred.

26. Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of any of BANA's rights to assert any defense or affirmative matter, whether pursuant to FED. R. CIV. P. 8(c), FED. R. CIV. P. 12(b), or otherwise, including, but not limited to, the defenses for failure to state a claim upon which relief can be granted.

27. BANA reserves the right to supplement this Notice of Removal by adding any jurisdictional defenses which may independently support a basis for removal.

WHEREFORE, having satisfied the requirements for removal under 28

U.S.C. §§ 1441 and 1332, BANA gives notice that Case No. number 39-cv-2015-52, now pending in the Circuit Court of Lee County, Arkansas, Civil Division, has been removed to this Court.

    Respectfully submitted,

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
jhenry@wlj.com

By _____
    Judy Simmons Henry (84069)
    *Attorneys for Bank of America, N.A.,*

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2015, a copy of the foregoing was delivered via first-class U.S. mail, postage prepaid, and via the Court's electronic case filing system, which should deliver notices to:

Austin H. Easley
Easley & Houseal, PLLC
Post Office Box 1115
Forrest City, Arkansas 72336-1115

Jennifer H. Collins
Hicky & Collins
415 E. Cross Ave.
Forrest City, Arkansas 72335

*Attorneys for Plaintiff*

Judy Simmons Henry

## IN THE CIRCUIT COURT OF LEE COUNTY, ARKANSAS
## CIVIL DIVISION

| | |
|---|---|
| FELICIA DANIEL, Individually, and as Executrix of THE ESTATE OF BOBBY EUGENE vs.      Case No. 39 CV-2015-52-1 | PLAINTIFF |
| BANK OF AMERICA, N.A. | DEFENDANT |

### SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**    Bank of America
C/O The Corporation Company
124 West Capitol Ave, Suite 1900
Little Rock, AR 72201

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas -- you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:    Austin H. Easley
         Easley & Houseal, PLLC
         P. O. Box 1115
         Forrest City, AR 72335-1115

If you fail to respond within the applicable time period, judgment by default will be entered against you for the relief demanded in the complaint.

                                              MARY ANN WILKINSON,
                                              CLERK OF COURT

Address of Clerk's Office:
15 E. Chestnut St, Ste 2
Marianna, AR 72360-2326
870-295-7710
Fax: 870-295-7712

D. Hart
[Signature of Clerk or Deputy Clerk]

Date: 5·26·2015

[SEAL]

Case No. -39CV-2015-_____    This summons is for <u>Bank of America</u>

## PROOF OF SERVICE

☐ I personally delivered the summons and complaint to the individual at _____
_____ [place] on _____ [date];
or

☐ I left the summons and complaint in the proximity of the individual by_____
_____ after he/she refused to receive it when I offered it to him/her;
or

☐ I left the summons and complaint at the individual☐s dwelling house or usual place of abode at _____ [address] with
_____ [name], a person at least 14 years of age who resides there, on _____ [date]; or

☐    I    delivered    the    summons    and    complaint    to
[name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant] on _ [date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]:_____

☐ I was unable to execute service because:_____

My fee is $_____.

Case No.39CV-2015-52-1    This summons is for <u>Bank of America</u>

To be completed if service is by a sheriff or deputy sheriff:

Date:_____    SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
[Signature of server]

_____
[Printed name, title, and badge number]

To be completed if service is by a person other than a sheriff or deputy sheriff:

Date:_____    By: _____
[Signature of server]

_____/_____
[Printed name; and authorization number, if applicable]

Address: _____

Phone: _____

Subscribed and sworn to before me this date:_____

_____
Notary Public

My commission expires:_____

Additional information regarding service or attempted service:

_____

_____

IN THE CIRCUIT COURT OF LEE COUNTY, ARKANSAS
CIVIL DIVISION

FELICIA DANIEL, Individually,                    PLAINTIFF
and as Executrix of
THE ESTATE OF BOBBY EUGENE DANIEL

vs.                    CASE NO. 39CV-15-52

BANK OF AMERICA, N.A.                             DEFENDANT

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES, PLEADINGS AND ORDERS

Please take notice that the undersigned counsel, Judy Simmons Henry of Wright, Lindsey & Jennings LLP, hereby enters her appearance as counsel for defendant Bank of America, N.A., and requests notice of proceedings and service of papers, pleadings and orders in this matter.

                           Respectfully submitted,

                           WRIGHT, LINDSEY & JENNINGS LLP
                           200 West Capitol Avenue, Suite 2300
                           Little Rock, Arkansas 72201-3699
                           (501) 371-0808
                           FAX: (501) 376-9442
                           jhenry@wlj.com

By *[signature]*
       Judy Simmons Henry (84069)
       *Attorneys for Bank of America, N.A.,*

FILED
AT 8:30 O'CLOCK A M
JUN 1 8 2015

CIRCUIT CLERK
LEE COUNTY, AR

1263193-v1

## CERTIFICATE OF SERVICE

On June 16, 2015, a copy of the foregoing was served by U.S. mail on the following:

Austin H. Easley
EASLEY & HOUSEAL, PLLC
PO Box 1115
Forrest City, AR 72336-1115

Jennifer H. Collins
HICKY & COLLINS
415 E. Cross Ave.
Forrest City, AR 72335

*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　/s/ Judy S. Henry
　　　　　　　　　　　　　　　　Judy Simmons Henry

1263193-v1

## IN THE CIRCUIT COURT OF LEE COUNTY, ARKANSAS
## CIVIL DIVISION

FELICIA DANIEL, Individually,
and as Executrix of
THE ESTATE OF BOBBY EUGENE DANIEL            PLAINTIFF

VS.           Case No. 39 CV - 2015 - 52

BANK OF AMERICA, N.A.,
JOHN DOE and JANE DOE            DEFENDANTS

### AFFIDAVIT OF JENNIFER COLLINS

I, Jennifer Hicky Collins, state upon oath that, pursuant to ACA § 16-56-125, that John Doe and Jane Doe, referenced in Plaintiff's First Amended Complaint, are individuals whose names are unknown at this time, and whose names cannot be known despite diligent inquiry.

The identities of John Doe and Jane Doe are believed to be known by Bank of America. John Doe and Jane Doe proclaimed to be employees of Bank of America, and expressed that they were acting under the authority and on behalf of Bank of America. They were Caucasian individuals, and were operating a vehicle with Arkansas tags.

The names of the John Doe and Jane Doe will be added as Defendants once their identity becomes known.

FURTHER, deponent sayeth not.

                              _____
                              JENNIFER HICKY COLLINS



STATE OF ARKANSAS )
)
COUNTY OF ST. FRANCIS )

Subscribed and sworn to before me this 30th day of June, 2015.

_____
NOTARY PUBLIC

My commission expires:
04/08/2021

**Judy Simmons Henry**

| | |
|---|---|
| From: | Austin Easley <austin@ehtriallawyers.com> |
| Sent: | Thursday, July 02, 2015 8:21 AM |
| To: | Judy Simmons Henry |
| Subject: | Daniels v. Bank of America |

Judy,

After speaking with opposing counsel and our client, I am authorized to settle this matter for $700,000.

That's less than half of the original demand suggested by my co-counsel. I look forward to hearing from you.

AHE

Austin H. Easley
Easley & Houseal, PLLC
P.O. Box 1115
Forrest City, AR  72336
P: (870) 633-1447
F: (870) 633-1687



1