# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

FELICIA DANIEL, Individually and
as Executrix of the Estate of Bobby
Eugene Daniel                                                                PLAINTIFF

v.                                 No. 2:15-cv-116-DPM

BANK OF AMERICA N.A.; JOHN DOE
and JANE DOE                                                                DEFENDANTS

## JUDGMENT

The amended complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

6 January 2016